JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE MURDOCK,<br>  Plaintiff,<br><br>       v.<br><br>MAROLINA OUTDOOR, INC., et al.,<br>  Defendants. | 2:23-cv-10231-DSF-PVCx<br><br>JUDGMENT |

   The Court having granted a motion to dismiss without further leave to amend,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: October 24, 2024

_____
Dale S. Fischer
United States District Judge